UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARMEN TAVAREZ-VARGAS, ET AL, <br><br> Plaintiff, <br> -against- <br><br> YEEZY, LLC. <br><br> Defendant. | Index No. <br><br> 1:21-cv-10397-ER |

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for YEEZY, LLC, and requests that copies of all notices and other papers in this case be sent to:

> PRYOR CASHMAN LLP
> Attn:  Sarah E. Bell, Esq.
>        7 Times Square
>        New York, New York 10036-6569
>        Tel: (212) 326-0401
>        sbell@pryorcashman.com

Dated: New York, New York
       January 24, 2022

> PRYOR CASHMAN LLP
>
> By: _/s/Sarah E. Bell_____
>        Sarah Bell
>        7 Times Square
>        New York, New York 10036-6569
>        (212) 421-4100
>        *Attorneys for Yeezy, LLC.*

6152319 v1
19115.00017